1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave.,
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  HOANG MINH LE
6

7

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10 | HOANG MINH LE, an individual,              ) Case No.: 8:22-cv-01062-FWS-ADS
11 |              Plaintiff,                    )
   |                                            ) **PLAINTIFF'S NOTICE OF**
12 |       vs.                                  ) **VOLUNTARY DISMISSAL OF**
   |                                            ) **ENTIRE ACTION WITH**
13 |                                            ) **PREJUDICE PURSUANT TO**
   | NEAL T. BAKER ENTERPRISES, a               ) **FEDERAL RULE OF CIVIL**
14 | California corporation;                    ) **PROCEDURE 41(a)(1)**
15 |                                            )
   |              Defendants.                   ) [Assigned to Hon. Fred W. Slaughter]
16 |                                            )

---

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:22-CV-01062-FWS-ADS**

**PLEASE TAKE NOTICE** that Plaintiff Hoang Minh Le ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

  (1) By the Plaintiff.

   (A)   *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant NEAL T. BAKER ENTERPRISES, a California corporation ("Defendant") has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: June 22, 2022

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Hoang Minh Le

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:22-CV-01062-FWS-ADS**